## PITTSBURG MORTGAGE INV. CO. *et al.* v. SAVAGE.

No. 7300.    Opinion Filed June 15, 1915.

(149 Pac. 1147.)

APPEAL AND ERROR—Petition in Error—Time for Filing—Jurisdiction. Where more than six months has intervened between the rendition of the final order sought to be reviewed and the filing of the petition in error in the Supreme Court, this court has no jurisdiction to review such final order.

(Syllabus by the Court.)

*Error from District Court, Beaver County;*
*W. C. Crow, Judge.*

Action between the Pittsburg Mortgage Investment Company and another and John W. Savage. From the judgment, the parties first mentioned bring error. Dismissed.

*W. P. Keen,* for plaintiffs in error.

*Dickson & Dickson* and *Gray & McVay,* for defendant in error.

PER CURIAM. In this case motion for new trial was overruled by the trial court on October 16, 1914. The petition in error and case-made were filed in this court on April 17, 1915, so that more than six months had expired between the date of the final order sought to be reviewed and the filing of the petition in error. The time within which to perfect this appeal expired on April 16, 1915. Rev. Laws 1910, sec. 5341; *Campbell v. Ruble,* 40 Okla. 48, 135 Pac. 1050. After the expiration of the time allowed by law for perfecting the appeal, the court is without jurisdiction to entertain the same. *Muskogee Electric Traction Co. v. Howenstine,* 40 Okla. 544, 138 Pac. 381, 139 Pac. 524; *Thomason v. Champlin,* 43 Okla. 86, 141 Pac. 411.

The motion to dismiss the appeal is sustained.